NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## IN RE OMEPRAZOLE PATENT LITIGATION

---

**ASTRAZENECA AB, AKTIEBOLAGET HASSLE, KBI-E, INC., KBI, INC., AND ASTRAZENECA LP,**
*Plaintiffs-Appellees,*

v.

**MYLAN LABORATORIES INC.** (NOW KNOWN AS MYLAN INC.), **MYLAN PHARMACEUTICALS INC., LABORATORIOS DR. ESTEVE, S.A., AND ESTEVE QUIMICA, S.A.,**
*Defendants-Appellants.*

---

2010-1414

---

Appeal from the United States District Court for the Southern District of New York in case nos. 00-CV-6749, 03-CV-6057, M-21-81, and MDL no. 1291, Judge Barbara S. Jones.

---

ON MOTION

---

ORDER

AstraZeneca AB, et al. move for a 30 day extension of time, until November 15, 2010, to file their response brief, and for a 4-day extension of time, until December 3, 2010, for Mylan Laboratories, Inc., et al. to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Errol B. Taylor, Esq.
James H. Wallace, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 5 2010

JAN HORBALY
CLERK